```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO A. MUNOZ-HILLIARD,

                Plaintiff,

      -against-

MOUNT SINAI MORNINGSIDE HOSPITAL;
JENNY NG,

                Defendants.

24-CV-2598 (VEC)

ORDER DIRECTING SIGNATURE

VALERIE CAPRONI, United States District Judge:

    Plaintiff brings this action *pro se*. The complaint that Plaintiff submitted is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see* Local Civil Rule 11.1(a).

    Plaintiff is directed to submit a signed copy of the complaint within 30 days of the date of this order. If Plaintiff returns the signed complaint by mail or in person, it must have an original signature. If submitted by email to Pro_Se_Filing@nysd.uscourts.gov, it must comply with the SDNY ECF Rules & Instructions and can be signed using an electronic signature in the signature block or a typed name with /s/ in the signature block ("/s/ John Doe"). A typed name that does not include "/s/" to show that it is intended to be a signature, or that is not in the signature block, is insufficient.[1] The signed complaint must be labeled with the docket number 24-CV-2598 (VEC).

---

[1] For registered ECF filers, "[t]he user log-in and password required to submit documents to the ECF system serve as the Filing User's signature on all electronic documents filed with the Court." Rule 8.1 of the SDNY ECF Rules & Instructions. *Pro se* litigants must request permission to register for ECF filing.

If Plaintiff fails to submit a signed copy of the complaint within the time allowed, the action will be dismissed without prejudice.

Plaintiff submitted a consent form to receive electronic service that is also unsigned. If Plaintiff wishes consent to receive electronic service of court documents in this action, he must submit a consent form signed in the manner described above.

## CONCLUSION

Plaintiff is directed to submit a signed copy of the complaint within 30 days of the date of this order. If Plaintiff fails to submit a signed copy of the complaint within the time allowed, the action will be dismissed without prejudice.

If Plaintiff wishes to consent to receive electronic service of court documents, he must complete and sign a [Consent to Electronic Service](#) form.[2]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 10, 2024
         New York, New York

_____
VALERIE CAPRONI
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.