USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO A. MUNOZ-HILLIARD,

                Plaintiff,

-against-

MOUNT SINAI MORNINGSIDE HOSPITAL
& JENNY NG,

                Defendants.

24-CV-2598 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 5, 2024, Plaintiff filed an unsigned Complaint, *see* Dkt. 1;

      WHEREAS on April 10, 2024, the Court ordered Plaintiff to file a signed copy of the Complaint by no later than May 10, 2024, and warned that failure to do so would result in the dismissal of this action, *see* Dkt. 6; and

      WHEREAS Plaintiff failed to file a signed copy of the Complaint by May 10, 2024.

      IT IS HEREBY ORDERED that Plaintiff must file a signed copy of the Complaint or a letter stating why he is unable to do so by June 10, 2024. If Plaintiff does not file a signed copy of the Complaint or provide some other update by that date, the Court will dismiss the case for failure to prosecute.

**SO ORDERED**.

Dated:   May 20, 2024
           New York, New York

                                                _____
                                                   VALERIE CAPRONI
                                                   United States District Judge