**MEMO ENDORSED**

# akerman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/25

Rory McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6461
T: 212 880 3800
F: 212 880 8965
DirF: 917 650 7767
rory.mcevoy@akerman.com

February 3, 2025

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** **Munoz-Hilliard v. Mount Sinai Morningside Hospital, et al.**
           **24 Civ. 02598 (VEC)**

Dear Judge Caproni:

On behalf of our clients, Mount Sinai Morningside Hospital and Jenny Ng, and pursuant to the Court's Electronic Case Filing Rules and Instructions §21.8, I write to request that the Court seal the *pro se* Complaint and exhibits (Docket No. 1) because they contain confidential patient information, including patient names and medical record numbers, the disclosure of which in a document available to the public is prohibited by the Health Insurance Portability and Accountability Act ("HIPAA").

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:   Mr. Antonio Munoz-Hilliard (via ECF)
       Plaintiff *Pro Se*

akerman.com

---

Plaintiff filed the Complaint on April 5, 2024. *See* Dkt. 1. Defendant appeared on May 14, 2024. *See* Dkt. 7. Defendant now seeks to seal the Complaint nine months after it has been on the public docket. The Complaint and accompanying Exhibits total 115 pages. The Court has identified only a few of those pages with potentially sensitive information. Defendant must file a letter with proposed redactions by no later than February 11, 2025.

SO ORDERED.  2/3/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE