UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO A. MUNOZ-HILLIARD,

              Plaintiff,

-against-

MOUNT SINAI MORNINGSIDE HOSPITAL, et al.,

              Defendants.

24-CV-2598 (VEC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **February 19, 2025, at 3:00 PM**. The parties should be prepared to discuss Judge Caproni's February 5, 2025 Order for Plaintiff to file a redacted complaint in this action. (*See* ECF 19.) Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 709 343 907 #**.

DATED: February 13, 2025
          New York, NY

SO ORDERED.

/s/ Robyn F. Tarnofsky

**ROBYN F. TARNOFSKY**
United States Magistrate Judge