UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Antonio A. Munoz-Hilliard,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br>Mount Sinai Morningside Hospital, et al.,<br><br>　　　　　　　Defendants. | 24cv02598 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff shall file a complete copy of the redacted complaint by February 24, 2025.

DATED:　February 19, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge