UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO A. MUNOZ-HILLIARD,

              Plaintiff,

-against-

MOUNT SINAI MORNINGSIDE HOSPITAL, et al.,

              Defendants.

24-CV-2598 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On February 5, 2025, Judge Caproni ordered Plaintiff to file a new version of the complaint in this action after redacting certain pages of the complaint's exhibits. (*See* ECF 19.) On February 19, 2025, I ordered Plaintiff to comply with Judge Caproni's order by February 24, 2025. (*See* ECF 24.) On February 24, 2025, Plaintiff submitted a document in response to Judge Caproni's February 5 order. (*See* ECF 25.) This submission is deficient because: (1) Plaintiff did not file a redacted version of his entire complaint, submitting only exhibit 8 to the complaint; and (2) Plaintiff did not complete all redactions ordered by Judge Caproni.

      This action is scheduled for a telephonic status conference on **March 11, 2025, at 9:00 AM**. Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 331 622 687 #.**

DATED:  February 27, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge