UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO A. MUNOZ-HILLIARD,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>MOUNT SINAI MORNINGSIDE HOSPITAL, et al.,<br><br>　　　　　　Defendants. | 24-CV-2598 (VEC) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　　　On April 5, 2024, Plaintiff Antonio A. Munoz-Hilliard filed a complaint in this action (the "Complaint") against Defendants Mount Sinai Morningside Hospital and Jenny Ng (collectively, the "Defendants"). (*See* ECF 1, Compl.) The Complaint consists of Plaintiff's Employment Discrimination Complaint (*Id.* at 1-18) and Exhibits 1 through 8 to the Complaint (*Id.* at 19-115).

　　　　On February 4, 2025, Defendants requested that the Complaint be sealed because Exhibit 8 to the Complaint contains certain information protected from disclosure. (*See* ECF 17, Defs.' Letter Mot.) Defendants proposed redactions to protected information on 6 pages in Exhibit 8. (*See* ECF 17-1, Exhibit A to Defs.' Letter Mot.) On February 5, 2025, Judge Valerie E. Caproni granted Defendants' letter motion to seal the Complaint. (*See* ECF 19, Order.) Judge Caproni further ordered Plaintiff, by February 14, 2025, to file a new version of the entire April 5, 2024 Complaint after redacting the 6 pages in Exhibit 8 according to the Defendants' proposal. (*See id.*)

　　　　On February 13, 2025, Plaintiff filed the 6 redacted pages of Exhibit 8, but did not file the rest of the redacted Complaint. (*See* ECF 22, Letter.) On February 13, 2025, I scheduled a telephonic status conference for February 19, 2025, after which I extended Plaintiff's deadline

to file a redacted Complaint to February 24, 2025. (*See* ECF 23, Order; ECF 24, Order.) On February 24, 2025, Plaintiff filed a new version of Exhibit 8 after redacting the 6 pages, but Plaintiff did not file the rest of the redacted Complaint. (*See* ECF 25, Letter.) On February 27, 2025, I scheduled a telephonic status conference for March 11, 2025, after which I extended Plaintiff's deadline to file a redacted Complaint to March 18, 2025. (*See* ECF 26, Order; ECF 28, Order.) On March 17, 2025, Plaintiff filed a new version of Exhibit 8 after redacting the 6 pages, but Plaintiff did not file the rest of the redacted Complaint. (*See* ECF 30, Letter.)

I am sua sponte extending Plaintiff's deadline to file a redacted Complaint in this action to **March 25, 2025**. To comply with Judge Caproni's February 5, 2025 order, Plaintiff shall:

- File a new version of the entire Complaint that Plaintiff filed on April 5, 2024.; and
- This new version of the entire Complaint shall consist of:
    - Plaintiff's Employment Discrimination Complaint;
    - Exhibits 1 through 7 to the Complaint; and
    - Exhibit 8 to the Complaint, after redacting the 6 pages in this exhibit described in Judge Caproni's February 5, 2025 order.

DATED:  March 19, 2025
       New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge