UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO A. MUNOZ-HILLIARD,<br><br>            Plaintiff,<br><br>-against-<br><br>MOUNT SINAI MORNINGSIDE HOSPITAL, et al.,<br><br>            Defendants. | 24-CV-2598 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 5, 2025, Judge Valerie E. Caproni ordered Plaintiff to file a redacted Complaint in this action. (*See* ECF 19, Order.) On March 19, 2025, I extended until March 25, 2025, Plaintiff's deadline to comply with Judge Caproni's February 5, 2025 order. (*See* ECF 31, Order.) To date, Plaintiff has not filed a redacted Complaint that complies with my and Judge Caproni's orders.

I am extending nunc pro tunc Plaintiff's deadline to file a redacted Complaint in this action to **April 4, 2025**. Plaintiff shall file a redacted Complaint that complies with the instructions from Judge Caproni's February 5, 2025 order and my March 19, 2025 order.

DATED:  March 31, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge