UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO A. MUNOZ-HILLIARD,<br><br>                Plaintiff,<br><br>-against-<br><br>MOUNT SINAI MORNINGSIDE HOSPITAL,<br><br>                Defendant. | 24-CV-02598 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A conference is scheduled for **Thursday, April 17, 2025 at 10:00 a.m.** to be held by video conference. The Courtroom Deputy will email the conference details to pro se plaintiff and counsel for defendant. A law clerk will share their screen to indicate which parts of the Complaint needs to be redacted per Judge Caproni's February 5, 2025 Order. If attending a video conference presents a problem for any party, they are directed to email chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by April 14, 2025.

DATED:  April 9, 2025  
             New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge