UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO A. MUNOZ-HILLIARD,

              Plaintiff,

-against-

MOUNT SINAI MORNINGSIDE HOSPITAL, et al.,

              Defendants.

24-CV-2598 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On April 30, 2025, Plaintiff filed a Proposed Protective Order in this action. (*See* ECF 40.)

    This matter has been referred to me for general pretrial supervision and recommendations on dispositive motions. If the parties would like me to enter a protective order governing discovery in this matter, they should jointly submit a signed stipulation and proposed protective order for my signature; if the parties disagree about the terms of the protective order, Plaintiff should submit a letter explaining the basis of the disagreement along with his proposed protective order; Defendants shall respond to any such letter within seven days.

DATED:  May 2, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge