UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO A. MUNOZ-HILLIARD,

                Plaintiff,

    -against-

MOUNT SINAI MORNINGSIDE HOSPITAL, et al.,

                Defendants.

---

24-CV-2598 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference on August 6, 2025, Defendants shall provide Plaintiff with comments on his draft protective order by **August 8, 2025**. By **August 11, 2025**, Plaintiff shall let Defendants know: (1) whether he accepts any revisions proposed by Defendants to the draft protective order and (2) whether he has any questions about the completeness of Defendants' document production. If necessary, the parties shall meet and confer before the close of business on **August 12, 2025** about the draft protective order and any questions raised by Plaintiff about the completeness of Defendants' document production. If the parties are unable to resolve any issues relating to those two topics, Defendants shall file a letter on the docket informing the Court of what issues are outstanding. An in-person discovery conference is scheduled for **August 13, 2025 at 2:30 PM**, and can be joined by dialing **(646) 453-4442, Access Code: 666 116 12 #**. If I have not heard from Defendants by **8:00 PM on August 12, 2025** that there are discovery issues requiring my attention, I will cancel the August 13, 2025 in-person discovery conference.

DATED: August 6, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge