UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO A. MUNOZ-HILLIARD,

                Plaintiff,

-against-

MOUNT SINAI MORNINGSIDE HOSPITAL, et al.,

                Defendants.

24-CV-2598 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The parties shall file a joint letter on the docket by **November 12, 2025** addressing whether either Court-annexed mediation or a settlement conference would be productive at this time and if so to provide a timeframe for facilitated settlement talks.

DATED: November 7, 2025
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge