UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Antonio A. Munoz-Hilliard,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>Mount Sinai Morningside Hospital, et al.,<br><br>　　　　　　　Defendants. | 24-CV-02598 (VEC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference was scheduled for January 13, 2026. At the defendant's request, it is now rescheduled to **Wednesday, January 21, 2026 at 10:00 a.m,** in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **January 14, 2026, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  December 2, 2025
　　　　New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge